1084

**MAYTAG ACCEPTANCE CORPORATION, Appellant, v. BONDS MAYTAG COMPANY.**

No. 9501.

Circuit Court of Appeals, Eighth Circuit.
April 19, 1932.

Edward B. Downie and Shields M. Goodwin, both of Little Rock, Ark., for appellant.

Dhu Thompson and W. Decker Moore, both of Monroe, La., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

**MEIKICHI NISHIMURA, Appellant, v. John D. NAGLE, as Commissioner of Immigration, Port of San Francisco, California, Appellee.**

No. 6701.

Circuit Court of Appeals, Ninth Circuit.
April 6, 1932.

George R. Anderson, of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed; mandate in 30 days.

**F. L. MENNIE, etc., et al., Petitioner, v. FEDERAL TRADE COMMISSION.**

No. 361.

Circuit Court of Appeals, Eighth Circuit.
March 14, 1932.

James H. Hanley, of Omaha, Neb., for petitioner.

Robert E. Healy, Martin A. Morrison, and P. B. Morehouse, all of Washington, D. C., for respondent.

PER CURIAM.

Petition to review order of Federal Trade Commission dismissed, on motion of petitioner.

**George MUELLER, Appellant, v. UNITED STATES of America, Appellee.**

No. 6505.

Circuit Court of Appeals, Fifth Circuit.
April 9, 1932.

Bart A. Riley, of Miami, Fla., for appellant.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., and B. R. Cisco, Asst. U. S. Atty., of Miami, Fla.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.